IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:11CR232 |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR ARREST AND** |
| | ) | **DETENTION OF MATERIAL** |
| GUILLERMO GARCIA-SOTO, | ) | **WITNESSES PURSUANT** |
| Defendant. | ) | **TO 18 U.S.C.§ 3144** |

**IT IS HEREBY ORDERED** that the Motion for the Arrest and Detention of Material Witnesses [43] and the Supplemental Motion for the Arrest and Detention of Material Witnesses [52] be approved as requested.

DATED this 29th day of July, 2011.

BY THE COURT:

s/ F.A. Gossett III
United States Magistrate Judge