# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | Case No. 8:11CR232 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GUILLERMO GARCIA-SOTO, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion for the Arrest and Detention of Material Witness [43] and Supplemental Motion for the Arrest and Detention of Material Witness [52]. A hearing regarding these motions was held on July 27, 2011. The motion was granted and the court ruled that the material witnesses were to be released by Noon on August 5, 2011 if no good cause has been shown. An order [58] granting the Motions for the Arrest and Detention of Material Witness was filed July 29, 2011. It has been brought to the court's attention that the defendant Guillermo Garcia-Soto, has signed a plea agreement and has submitted a petition to enter a plea of guilty. A change of plea hearing is scheduled for August 25, 2011 before Senior Judge Lyle e. Strom. Therefore, it is no longer necessary to detain these individuals as material witnesses:

1. Viridiana Victoriano-Benito;
2. Jorge Luis Rendon-Ramirez;
3. Ernesto Gasper-Hernandez;
4. Mariano Reyes-Casarez;
5. Severo Nopal-Muthe;
6. Javier Aguirre-Cosme;
7. Domingo Jimenez-Santuario; and
8. Vinay Gonzalez-Galindo

**IT IS ORDERED:**

1. The individuals listed in this order be released from federal custody back to the custody of the United States Bureau of Immigration and Customs Enforcement by Noon on August 5, 2011.

2. The Clerk shall deliver a certified copy of this order to the U.S. Marshal for the District of Nebraska for processing of the afore mentioned individuals.

Dated this 4th day of August, 2011.

BY THE COURT:

S/ F. A. Gossett, III
United States Magistrate Judge